AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MARTIN, BEVERLY B | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>4/5/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>2388 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | Board of Visitors for Mercer University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | State of Georgia Deferred Compensation Pla |

FINANCIAL DISCLOSURE OFFICE    2005 APR 11 P 1:59    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed (attorney in partnership) |
| 2. | 2004 | Director fee for Lone Star Corporation |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Homestead Bank ████ | loan for investment in business | L |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 1. Bank of America checking account | A | Interest | K | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. RBC Centura Bank ▮ | A | Interest | J | T | | | | | |
| 5. Wachovia checking account ▮ | A | Interest | K | T | | | | | |
| 6. Affiliated Computer Services | | | | | bought | 1/22 | J | | |
| 7. Affiliated Computer Services | | | | | sold | 3/29 | J | | |
| 8. Alliance Fund | | None | K | T | | | | | |
| 9. American International Group Inc. | A | Dividend | | | sold | 3/29 | K | C | |
| 10. Anheuser Busch Co. Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 11. Anheuser Busch Co. Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 12. Applied Materials, Inc. | | None | | | sold | 3/29 | J | C | |
| 13. Atlas Growth Opp. Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 14. Atlas Growth Opp. Fund | A | Dividend | K | T | bought | 4/21 | K | | |
| 15. Atlas Growth Opp. Fund | A | Dividend | J | T | bought | 10/15 | J | | |
| 16. Automatic Data Processing | A | Dividend | | | sold | 3/29 | J | B | |
| 17. Bank of America Corp. | A | Dividend | | | bought | 1/08 | J | | |
| 18. Bank of America Corp | A | Dividend | | | sold | 3/29 | J | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$600,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bank of America Corp (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 20. Bard C R Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 21. Baxter Int. | | | | | bought | 3/24 | J | | |
| 22. Baxter Int. | | | | | sold | 3/29 | J | A | |
| 23. BP PLC ADR | A | Dividend | | | bought | 2/18 | J | | |
| 24. BP PLC ADR | A | Dividend | | | sold | 3/29 | J | | |
| 25. Bristol-Myers Squibb Co. | A | Dividend | | | sold | 1/08 | J | | |
| 26. Cardinal Health, Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 27. Citigroup Inc. (IRA) | A | Dividend | | | bought | 1/08 | J | | |
| 28. Citigroup Inc. (IRA) | | | | | bought | 3/24 | J | | |
| 29. Citigroup Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 30. Citigroup Inc. | A | Dividend | | | bought | 1/22 | J | | |
| 31. Citigroup Inc. | | | | | bought | 3/24 | J | | |
| 32. Citigroup Inc. | A | Dividend | | | sold | 3/29 | J | A | |
| 33. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 34. Consumer Discretionary Select Sector | | | | | bought | 2/23 | J | | |
| 35. Consumer Discretionary Select Sector | | | | | sold | 2/26 | J | | |
| 36. Consumer Discretionary Select Sector (IRA) | | | | | bought | 2/23 | J | | ' |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Consumer Discretionary Select Sector (IRA) | | | | | sold | 2/26 | J | | |
| 38. Dell Computer | | None | | | sold | 3/29 | J | B | |
| 39. Disney Walt Co. | A | Dividend | | | sold | 3/29 | J | A | |
| 40. Dodge & Cox Stock Fund ▮▮▮ retirement account) | D | Dividend | N | T | | | | | |
| 41. Dodge & Cox Balanced Fund ▮▮▮ retirement account) | D | Dividend | M | T | | | | | |
| 42. Dodge & Cox International Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 43. Dodge & Cox International Fund | A | Dividend | K | T | bought | 10/15 | K | | |
| 44. Dreyfus S&P 500 Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 45. Dreyfus S&P 500 Fund | A | Dividend | K | T | bought | 4/21 | K | | |
| 46. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 10/15 | J | | |
| 47. Du Pont E I De Nemour & Co. | A | Dividend | | | sold | 3/29 | J | A | |
| 48. Ecolab Inc. | A | Dividend | | | sold | 3/24 | J | B | |
| 49. Exxon Mobil Corporation (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 50. Exxon Mobil Corporation | A | Dividend | | | sold | 3/29 | J | A | |
| 51. Federal National Mortgage Assoc. | | None | | | sold | 1/08 | J | B | |
| 52. Federal National Mortgage Assoc. (IRA) | | None | | | sold | 1/08 | J | B | |
| 53. Fidelity Advisor Series VII Overseas Portfolio ▮▮▮ IRA) | | | | | sold | 1/12 | K | A | |
| 54. Fidelity Advisor Growth Opportunities ▮▮▮ IRA) | | | | | sold | 1/02 | K | A | ▪ |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Fidelity Cash Reserve ███ retirement account) | A | Dividend | K | T | bought | 5/03 | K | | |
| 56. General Electric Co. | A | Dividend | | | sold | 3/29 | J | | |
| 57. General Electric Co. (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 58. Goldman Sachs Group, Inc (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 59. Harley Davidson Inc. | | | | | bought | 3/19 | J | | |
| 60. Harley Davidson, Inc. | | | | | sold | 3/29 | J | A | |
| 61. Illinois Tool Works Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 62. Intel Corp. | A | Dividend | | | sold | 3/29 | J | A | |
| 63. Intel Corp.(IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 64. IBM | A | Dividend | | | sold | 3/29 | J | B | |
| 65. IBM (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 66. J. M. & Star | B | Rent | J | W | | | | | |
| 67. Jensen Portfolio CL (IRA) | A | Dividend | K | T | bought | 4/14 | K | | |
| 68. Jensen Porfolio CL (IRA) | A | Dividend | K | T | bought | 4/21 | K | | |
| 69. Jensen Portfolio CL (IRA) | A | Dividend | K | T | bought | 6/18 | K | | |
| 70. Johnson & Johnson | A | Dividend | | | bought | 1/09 | J | | |
| 71. Johnson & Johnson | A | Dividend | | | sold | 3/29 | K | C | |
| 72. Kimberly Clark Corp. | A | Dividend | | | sold | 3/29 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Kimberly-Clark Corp. (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 74. Leggett & Platt Inc. (IRA) | A | Dividend | | | sold | 1/08 | J | A | |
| 75. Lennar Corp. | A | Dividend | | | bought | 1/20 | J | | |
| 76. Lennar Corp. | A | Dividend | | | sold | 3/29 | J | D | |
| 77. Lennar Corp. (IRA) | | | | | bought | 2/18 | J | | |
| 78. Lennar Corp. (IRA) | | | | | sold | 3/29 | J | A | |
| 79. Lilly Eli & Co. | A | Dividend | | | sold | 3/29 | J | B | |
| 80. Lincare Holdings Inc. | | | | | sold | 3/29 | J | | |
| 81. Lincare Holdings, Inc. (IRA) | | | | | sold | 3/29 | J | | |
| 82. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 83. MBNA Corp. | A | Dividend | | | sold | 3/29 | K | D | |
| 84. MCF Corp ▇ | A | Dividend | J | T | bought | 3/11 | J | | |
| 85. M&I Stable Principal Fund ▇ | D | Dividend | M | T | bought | 1/02 | M | | |
| 86. Medtronic Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 87. Metropolitan C pit l Bank ▇ | A | Dividend | L | T | bought | 5/03 | L | | |
| 88. Mexico Fund ▇ IRA) | | | | | sold | 1/02 | K | A | |
| 89. Microsoft Corp. | | None | | | sold | 3/29 | J | | |
| 90. Microsoft Corp. (IRA) | | None | | | sold | 3/29 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Mylan Laboratories Inc. | A | Dividend | | | sold | 3/29 | K | D | |
| 92. Mylan Laboratories Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 93. North Atlanta National Bank (⬛ debenture) | C | Interest | M | T | | | | | |
| 94. Omnicare Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 95. Omnicare Inc. | | None | | | bought | 1/22 | J | | |
| 96. Omnicare Inc. | A | Dividend | | | sold | 3/29 | J | | |
| 97. Paccar Inc. | A | Dividend | | | bought | 2/06 | J | | |
| 98. Paccar Inc. | A | Dividend | | | sold | 3/29 | J | D | |
| 99. Paccar Inc. (IRA) | A | Dividend | | | bought | 2/06 | J | | |
| 100. Paccar Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | C | |
| 101. Pepsico Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 102. Pepsico Inc. | A | Dividend | | | sold | 3/29 | K | D | |
| 103. Pfizer Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 104. Pfizer Inc. | A | Dividend | | | sold | 3/29 | J | | |
| 105. Pontotoc Bancshares ⬛ | B | Dividend | K | T | | | | | |
| 106. Praxaire Inc. (IRA) | A | Dividend | | | bought | 1/08 | J | | |
| 107. Praxaire Inc. (IRA) | | | | | bought | 3/19 | J | | |
| 108. Praxaire Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | | ' |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Rowe T Price Assoc. Inc. (IRA) | A | Dividend | | | bought | 2/18 | J | | |
| 110. Rowe T. Price Group Inc. (IRA) | A | Dividend | | | sold | 3/24 | J | A | |
| 111. Rowe T. Price Assoc. Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 112. Royal Dutch 1.25 Guilderf | | None | | | sold | 3/29 | J | | |
| 113. Royal Dutch 1.25 Guilderf (IRA) | | | | | sold | 3/29 | J | A | |
| 114. Salomon Bros. Small Cap Growth Fund (spouse ret. acct.) | | | | | sold | 1/12 | L | A | |
| 115. Schwab money market fund #1 | A | Dividend | M | T | | | | | |
| 116. Schwab money market fund #2 | A | Dividend | | | now fund #1 | | | | |
| 117. Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 118. Schwab S&P 500 Select | A | Dividend | L | T | bought | 4/14 | L | | |
| 119. Smith Barney Appreciation Fund (spouse retirement acct.) | | | | | sold | 1/02 | L | A | |
| 120. Southtrust Corp. | A | Dividend | | | sold | 3/24 | J | A | |
| 121. Southtrust Corp. | A | Dividend | | | sold | 3/29 | J | C | |
| 122. Sungard Data Systems, Inc. | | | | | sold | 3/29 | J | B | |
| 123. Sysco Corporation | A | Dividend | | | sold | 3/29 | J | D | |
| 124. Sysco Corporation (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 125. T C F Financial Corp. | A | Dividend | | | sold | 3/29 | J | A | |
| 126. T C F Financial Corp. (IRA) | A | Dividend | | | sold | 3/29 | J | A | . |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Target Corporation ( ... erly Dayton-Hudson) | A | Dividend | | | sold | 3/29 | K | D | |
| 128. Texas Instruments Inc. | A | Dividend | | | sold | 2/23 | J | | |
| 129. Texas Instruments Inc. (IRA) | A | Dividend | | | sold | 2/23 | J | | |
| 130. United Health Group | | | | | bought | 1/08 | J | | |
| 131. United Health Group | | | | | sold | 3/29 | J | A | |
| 132 Vanguard Institutional Index Fund (Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 133. Vanguard Money Market Prime ▮▮▮ rct. acct.) | | | | | sold | 1/02 | L | | |
| 134. Vanguard Total International Stock Index ▮▮ ret. acct.) | D | Dividend | L | T | | | | | |
| 135. Vulcan Materials Co. | | None | | | sold | 1/09 | J | B | |
| 136. Walgreen Co. | A | Dividend | | | sold | 1/08 | J | A | |
| 137. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | J | T | bought | 4/14 | J | | |
| 138. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | J | T | bought | 4/21 | J | | |
| 139. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | J | T | bought | 10/15 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = 5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$900,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$ 5,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTIN, BEVERLY B | 4/5/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                     Date _April 5, 2005_

NOTE:                              FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUB... CRIMINAL SANCTIONS. (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
BEVERLY B. MARTIN

404-215-1540

May 19, 2005

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Ladies and Gentlemen:

Enclosed please find the original and three copies of my corrected 2004 Financial Disclosure Report. This amended report incorporates the corrections called for in your letter to me dated April 29, 2005. I did not change the date on the corrected report, so it continues to bear the April 5, 2005 date of the original version.

Sincerely,



Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) MARTIN, BEVERLY B | 2. Court or Organization Northern District of Georgia | 3. Date of Report 4/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ● Final | 6. Reporting Period 1/1 004 to 12/31/2004 |
| 7. Chambers or Office Address 2388 U.S. Courthouse 75 Spring Street SW Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it i , in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | Board of Visitors for Mercer University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | State of Georgia Deferred Compensation Plan |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTIN, BEVERLY B | 4/5/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (your spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed (attorney in partnership) |
| 2. | 2004 | Director fee for Lone Star Corporation |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Homestead Bank ▮▮▮▮ | loan for investment in business | L |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America checking account | A | Interest | K | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. RBC Centura Bank ▮▮▮ | A | Interest | J | T | opened | 8/30 | K | | |
| 5. Wachovia checking account ▮▮▮ | A | Interest | K | T | | | | | |
| 6. Affiliated Computer Services | | None | | | bought | 1/22 | J | | |
| 7. Affiliated Computer Services | | None | | | sold | 3/29 | J | | |
| 8. Alliance Fund | | None | K | T | | | | | |
| 9. American International Group Inc. | A | Dividend | | | sold | 3/29 | K | C | |
| 10. Anheuser Busch Co. Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 11. Anheuser Busch Co. Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 12. Applied Materials, Inc. | | None | | | sold | 3/29 | J | C | |
| 13. Atlas Growth Opp. Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 14. Atlas Growth Opp. Fund | A | Dividend | K | T | bought | 4/21 | K | | |
| 15. Atlas Growth Opp. Fund | A | Dividend | J | T | bought | 10/15 | J | | |
| 16. Automatic Data Processing | A | Dividend | | | sold | 3/29 | J | B | |
| 17. Bank of America Corp. | A | Dividend | | | bought | 1/08 | J | | |
| 18. Bank of America Corp | A | Dividend | | | sold | 3/29 | J | C | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bank of America Corp (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 20. Bard C R Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 21. Baxter Int. | | None | | | bought | 3/24 | J | | |
| 22. Baxter Int. | | None | | | sold | 3/29 | J | A | |
| 23. BP PLC ADR | A | Dividend | | | bought | 2/18 | J | | |
| 24. BP PLC ADR | A | Dividend | | | sold | 3/29 | J | | |
| 25. Bristol-Myers Squibb Co. | A | Dividend | | | sold | 1/08 | J | | |
| 26. Cardinal Health, Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 27. Citigroup Inc. (IRA) | A | Dividend | | | bought | 1/08 | J | | |
| 28. Citigroup Inc. (IRA) | | None | | | bought | 3/24 | J | | |
| 29. Citigroup Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 30. Citigroup Inc. | A | Dividend | | | bought | 1/22 | J | | |
| 31. Citigroup Inc. | | None | | | bought | 3/24 | J | | |
| 32. Citigroup Inc. | A | Dividend | | | sold | 3/29 | J | A | |
| 33. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 34. Consumer Discretionary Select Sector | | None | | | bought | 2/23 | J | | |
| 35. Consumer Discretionary Select Sector | | None | | | sold | 2/26 | J | | |
| 36. Consumer Discretionary Select Sector (IRA) | | None | | | bought | 2/23 | J | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Consumer Discretionary Select Sector (IRA) | | None | | | sold | 2/26 | J | | |
| 38. Dell Computer | | None | | | sold | 3/29 | J | B | |
| 39. Disney Walt Co. | A | Dividend | | | sold | 3/29 | J | A | |
| 40. Dodge & Cox Stock Fund ▮▮▮retirement account) | D | Dividend | N | T | | | | | |
| 41. Dodge & Cox Balanced Fund ▮▮▮etirement account) | D | Dividend | M | T | | | | | |
| 42. Dodge & Cox International Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 43. Dodge & Cox International Fund | A | Dividend | K | T | bought | 10/15 | K | | |
| 44. Dreyfus S&P 500 Fund | A | Dividend | K | T | bought | 4/14 | K | | |
| 45. Dreyfus S&P 500 Fund | A | Dividend | K | T | bought | 4/21 | K | | |
| 46. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 10/15 | J | | |
| 47. Du Pont E I De Nemour & Co. | A | Dividend | | | sold | 3/29 | J | A | |
| 48. Ecolab Inc. | A | Dividend | | | sold | 3/24 | J | B | |
| 49. Exxon Mobil Corporation (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 50. Exxon Mobil Corporation | A | Dividend | | | sold | 3/29 | J | A | |
| 51. Federal National Mortgage Assoc. | | None | | | sold | 1/08 | J | B | |
| 52. Federal National Mortgage Assoc. (IRA) | | None | | | sold | 1/08 | J | B | |
| 53. Fidelity Advisor Series VII Overseas Portfolio (spouse IRA) | | None | | | sold | 1/12 | K | A | |
| 54. Fidelity Advisor Growth Opportunities (spouse IRA) | | None | | | sold | 1/02 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Fidelity Cash Reserve ⬛ retirement account) | A | Dividend | K | T | bought | 5/03 | K | | |
| 56. General Electric Co. | A | Dividend | | | sold | 3/29 | J | | |
| 57. General Electric Co. (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 58. Goldman Sachs Group, Inc (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 59. Harley Davidson Inc. | | None | | | bought | 3/19 | J | | |
| 60. Harley Davidson, Inc. | | None | | | sold | 3/29 | J | A | |
| 61. Illinois Tool Works Inc. | A | Dividend | | | sold | 3/29 | J | C | |
| 62. Intel Corp. | A | Dividend | | | sold | 3/29 | J | A | |
| 63. Intel Corp.(IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 64. IBM | A | Dividend | | | sold | 3/29 | J | B | |
| 65. IBM (IRA) | A | Dividend | | | sold | 3/29 | J | A | |
| 66. J. M. & Star | B | Rent | J | W | | | | | |
| 67. Jensen Portfolio CL (IRA) | A | Dividend | K | T | bought | 4/14 | K | | |
| 68. Jensen Porfolio CL (IRA) | A | Dividend | K | T | bought | 4/21 | K | | |
| 69. Jensen Portfolio CL (IRA) | A | Dividend | K | T | bought | 6/18 | K | | |
| 70. Johnson & Johnson | A | Dividend | | | bought | 1/09 | J | | |
| 71. Johnson & Johnson | A | Dividend | | | sold | 3/29 | K | C | |
| 72. Kimberly Clark Corp. | A | Dividend | | | sold | 3/29 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash-Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Kimberly-Clark Corp. (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 74. Leggett & Platt Inc. (IRA) | A | Dividend | | | sold | 1/08 | J | A | |
| 75. Lennar Corp. | A | Dividend | | | bought | 1/20 | J | | |
| 76. Lennar Corp. | A | Dividend | | | sold | 3/29 | J | D | |
| 77. Lennar Corp. (IRA) | | None | | | bought | 2/18 | J | | |
| 78. Lennar Corp. (IRA) | | None | | | sold | 3/29 | J | A | |
| 79. Lilly Eli & Co. | A | Dividend | | | sold | 3/29 | J | B | |
| 80. Lincare Holdings Inc. | | None | | | sold | 3/29 | J | | |
| 81. Lincare Holdings, Inc. (IRA) | | None | | | sold | 3/29 | J | | |
| 82. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 83. MBNA Corp. | A | Dividend | | | sold | 3/29 | K | D | |
| 84. MCF Corp (spouse) | A | Dividend | J | T | bought | 3/11 | J | | |
| 85. M&I Stable Principal Fund ▐ | D | Dividend | M | T | bought | 1/02 | M | | |
| 86. Medtronic Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 87. Metropolitan Capital Bank ▐ | A | Dividend | L | T | bought | 5/03 | L | | |
| 88. Mexico Fund ▐ IRA) | | None | | | sold | 1/02 | K | A | |
| 89. Microsoft Corp. | | None | | | sold | 3/29 | J | | |
| 90. Microsoft Corp. (IRA) | | None | | | sold | 3/29 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Mylan Laboratories Inc. | A | Dividend | | | sold | 3/29 | K | D | |
| 92. Mylan Laboratories Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | | |
| 93. North Atlanta National Bank ( ████ debenture) | C | Interest | M | T | | | | | |
| 94. Omnicare Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 95. Omnicare Inc. | | None | | | bought | 1/22 | J | | |
| 96. Omnicare Inc. | A | Dividend | | | sold | 3/29 | J | | |
| 97. Paccar Inc. | A | Dividend | | | bought | 2/06 | J | | |
| 98. Paccar Inc. | A | Dividend | | | sold | 3/29 | J | D | |
| 99. Paccar Inc. (IRA) | A | Dividend | | | bought | 2/06 | J | | |
| 100. Paccar Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | C | |
| 101. Pepsico Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 102. Pepsico Inc. | A | Dividend | | | sold | 3/29 | K | D | |
| 103. Pfizer Inc. | A | Dividend | | | bought | 1/08 | J | | |
| 104. Pfizer Inc. | A | Dividend | | | sold | 3/29 | J | | |
| 105. Pontial c Banc hare ████ | B | Dividend | K | T | | | | | |
| 106. Praxaire Inc. (IRA) | A | Dividend | | | bought | 1/08 | J | | |
| 107. Praxaire Inc. (IRA) | | None | | | bought | 3/19 | J | | |
| 108. Praxaire Inc. (IRA) | A | Dividend | | | sold | 3/29 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | Rowe T Price Assoc. Inc. (IRA) | A | Dividend | | | bought | 2/18 | J | | |
| 110. | Rowe T. Price Group Inc. (IRA) | A | Dividend | | | sold | 3/24 | J | A | |
| 111. | Rowe T. Price Assoc. Inc. | A | Dividend | | | sold | 3/29 | J | B | |
| 112. | Royal Dutch 1.25 Guilderf | | None | | | sold | 3/29 | J | | |
| 113. | Royal Dutch 1.25 Guilderf (IRA) | | None | | | sold | 3/29 | J | A | |
| 114. | Salomon Bros. Small Cap Growth Fund (░░░ ret. acc.) | | None | | | sold | 1/12 | L | A | |
| 115. | Schwab money market fund #1 | A | Dividend | M | T | | | | | |
| 116. | Schwab money market fund #2 | A | Dividend | | | now fund #1 | | | | |
| 117. | Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 118. | Schwab S&P 500 Select | A | Dividend | L | T | bought | 4/14 | L | | |
| 119. | Smith Barney Appreciation Fund (░░░ retirement acc.) | | None | | | sold | 1/02 | L | A | |
| 120. | Southtrust Corp. | A | Dividend | | | sold | 3/24 | J | A | |
| 121. | Southtrust Corp. | A | Dividend | | | sold | 3/29 | J | C | |
| 122. | Sungard Data Systems, Inc. | | None | | | sold | 3/29 | J | B | |
| 123. | Sysco Corporation | A | Dividend | | | sold | 3/29 | J | D | |
| 124. | Sysco Corporation (IRA) | A | Dividend | | | sold | 3/29 | J | B | |
| 125. | T C F Financial Corp. | A | Dividend | | | sold | 3/29 | J | A | |
| 126. | T C F Financial Corp. (IRA) | A | Dividend | | | sold | 3/29 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. Target Corporation (formerly Dayton-Hudson) | A | Dividend | | | sold | 3/29 | K | D | |
| 128. Texas Instruments Inc. | A | Dividend | | | sold | 2/23 | J | | |
| 129. Texas Instruments Inc. (IRA) | A | Dividend | | | sold | 2/23 | J | | |
| 130. United Health Group | | None | | | bought | 1/08 | J | | |
| 131. United Health Group | | None | | | sold | 3/29 | J | A | |
| 132. Vanguard Institutional Index Fund (Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 133. Vanguard Money Market Prime ▮▮▮ ret. acct.) | | None | | | sold | 1/02 | L | | |
| 134. Vanguard Total International Stock Index ▮▮ ret. acct.) | D | Dividend | L | T | | | | | |
| 135. Vulcan Materials Co. | | None | | | sold | 1/09 | J | B | |
| 136. Walgreen Co. | A | Dividend | | | sold | 1/08 | J | A | |
| 137. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | J | T | bought | 4/14 | J | | |
| 138. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Ca ) | A | Dividend | J | T | bought | 4/21 | J | | |
| 139. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | J | T | bought | 10/15 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cost/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date __MAY 19, 2005__

NOTE: A _____ LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544